**Electronically Filed
Supreme Court
SCWC-15-0000882
07-MAR-2017
10:44 AM**

SCWC-15-0000882

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ONEWEST BANK, N.A., Respondent/Plaintiff-Appellee,

v.

WARREN ROBERT WEGESEND, SR. and THELLDINE LINMOE WEGESEND,
Petitioners/Defendants-Appellants,

and

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR
WASHINGTON MUTUAL BANK and MILILANI TOWN ASSOCIATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000882; CIVIL NO. 13-1-0909)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants Warren Robert

Wegesend, Sr., and Thelldine Linmoe Wegesend's Application for

Writ of Certiorari, filed January 27, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 7, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

